IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:11CR00082-01 JLH

COURTNEY JABRAN CLARK                                                       DEFENDANT

## ORDER

The motion to dismiss filed by the United States of America is GRANTED. Document #60.

The indictment against Courtney Jabran Clark is hereby dismissed without prejudice.

IT IS SO ORDERED this 12th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE